# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 10, 2014

## NO. 03-14-00415-CV

**Timothy J. Rawlings, Appellant**

**v.**

**Security State Bank & Trust, Appellee**

**APPEAL FROM 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES ROSE AND GOODWIN
DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal from the three orders signed by the trial court on January 30, 2013 and January 31, 2013, which became final on June 4, 2014. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The parties each shall bear their own costs relating to this appeal, both in this Court and in the court below.